## Commonwealth ex rel. Richards *v.* Richards, Appellant.

Submitted June 12, 1970. *Ralph Schwartz,* for appellant; *Walter T. Re-David,* for appellee.

Order affirmed.